**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Tommie L. THOMAS, Jr.,**
**Defendant–Appellant.**

**No. 11–30545**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Josette Louise Cassiere, Assistant U.S. Attorney, Allison Duncan Bushnell, U.S.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Stephen Adger Glassell, I, Esq., Attorney, Shreveport, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Tommie L. Thomas, Jr., raises arguments that are foreclosed by *United States v. Tickles,* 661 F.3d 212, 214–15 (5th Cir. 2011), *petitions for cert. filed* (Dec. 15, 2011) (No. 11–8023) *and* (Dec. 27, 2011) (No. 11–8628), which held that the Fair Sentencing Act of 2010(FSA) does not apply retroactively to a defendant who is sentenced after the effective date of the FSA but whose offense preceded the FSA's effective date.

The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.